# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>ALFONSO MARTINEZ-GUTIERREZ,<br><br>            Defendant. | Case No. 15-cr-00191 EJD<br><br>**DETENTION ORDER**<br><br>Hearing: May 25, 2016 |

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), the court on May 25, 2016, held a detention hearing to determine whether any condition or combination of conditions will reasonably assure the appearance of the defendant ALFONSO MARTINEZ-GUTIERREZ as required and the safety of any other person and the community.  Defendant was present, represented by his attorney AFPD Rita Bosworth, and assisted by a certified Spanish/English language interpreter.  The United States was represented by Assistant U.S. Attorney Michael Pittman.  Defendant is charged by indictment in this District with illegal reentry following deportation in violation of 8 U.S.C. § 1326. The defendant is presumed innocent of the charges.

The detention hearing was held publicly.  Both parties were allowed an opportunity to call witnesses and to present evidence.

Case No. 15-cr-00191 EJD
DETENTION ORDER

I. PRESUMPTIONS

There is no presumption of detention asserted by the government in this case.

II. REBUTTAL OF PRESUMPTIONS

Not applicable

III. WRITTEN FINDINGS OF FACT AND STATEMENT OF REASONS

The Court has taken into account the factors set out in 18 U.S.C. § 3142(g) and all of the information submitted at the hearing and finds as follows: The Court adopts the facts set forth in the Pretrial Services (PTS) Report prepared May 24, 2016, supplemented by information presented at the hearing.  The Court finds that any danger to the community caused by defendant's release could be mitigated by a combination of release conditions. The Court finds, however, that the government has established by more than a preponderance of the evidence that the following facts pose a risk on non-appearance that cannot reasonably be mitigated through one or more conditions of release: lack of recent stable residence and employment; no viable proffered surety; prior international travel and extensive family connections outside the United States; and two felony convictions for cocaine sales in the last eight years.

IV. DETENTION DIRECTIONS

The defendant is committed to the custody of the Attorney General or her designated representative for confinement in a corrections facility separate to the extent practicable from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on the request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Date: May 26, 2016

_____
Nathanael M. Cousins
United States Magistrate Judge